UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CV-37-BR

| | |
|---|---|
| MICHAEL CAIOLA, Individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | ORDER |
| LUMBER LIQUIDATORS, INC., et al. ) ) | |
| Defendants. ) | |

The undersigned hereby RECUSES himself from further participation in this case. The clerk is DIRECTED to reassign the case to another judge.

This 9 March 2015.

W. Earl Britt
Senior U.S. District Judge